**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jerome PENDERGRASS, a/k/a French Fry, Defendant—Appellant.**

No. 05–7000.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2006.

Decided: Feb. 14, 2006.

Jerome Pendergrass, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Pendergrass appeals the district court's orders denying relief on his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000) and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Pendergrass,* No. CR–92–216–4 (D.S.C. filed Feb. 15, 2005, entered Feb. 16, 2005; filed and entered June 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*